# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**THOMAS FREDERICK,**

      **Petitioner,**

      **v.**

**BRIAN COOK, WARDEN,**

      **Respondent.**

**CASE NO. 2:15-CV-2868**
**JUDGE GEORGE C. SMITH**
**Magistrate Judge King**

### ORDER

On January 31, 2017, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (ECF No. 9). Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 9) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

      **IT IS SO ORDERED.**

                         *s/ George C. Smith*
                         **GEORGE C. SMITH, JUDGE**
                         **UNITED STATES DISTRICT COURT**